```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 00467
    TYRONE BELL
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-3307


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
        The case was filed on 01/10/2008 and was confirmed 03/10/2008.

        The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

        The case was dismissed after confirmation 08/11/2008.
-----------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                 PAID            PAID

-----------------------------------------------------------------------------
CAPITAL ONE                    UNSECURED          659.98           .00             .00
CITY OF CHICAGO PARKING        UNSECURED         6335.00           .00             .00
PREMIER BANCARD CHARTER        UNSECURED          404.38           .00             .00
LVNV FUNDING LLC               UNSECURED          665.23           .00             .00
COMMONWEALTH EDISON            UNSECURED          370.21           .00             .00
ECAST SETTLEMENT CORP          UNSECURED          642.77           .00             .00
ECAST SETTLEMENT CORP          UNSECURED         1488.48           .00             .00
VERIZON WIRELESS               UNSECURED         1714.27           .00             .00
LVNV FUNDING LLC               UNSECURED         1514.46           .00             .00
IL STATE DISBURSEMENT UN       DSO ARREARS      56271.35           .00             .00
IL STATE DISBURSEMENT UN       UNSECURED        NOT FILED          .00             .00
INTERNAL REVENUE SERVICE       PRIORITY          4996.82           .00             .00
JERRI ABBOTT                   NOTICE ONLY      NOT FILED          .00             .00
INTERNAL REVENUE SERVICE       UNSECURED         4784.76           .00             .00
ILLINOIS DEPT OF REVENUE       PRIORITY           300.00           .00             .00
TRIAD FINANCIAL CORP           FILED LATE       11953.33           .00             .00
ROBERT J SEMRAD & ASSOC        DEBTOR ATTY      3,464.00                         593.40
TOM VAUGHN                     TRUSTEE                                            51.60
DEBTOR REFUND                  REFUND                                              .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                   645.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 593.40
TRUSTEE COMPENSATION                            51.60
DEBTOR REFUND                                     .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 00467 TYRONE BELL
```

```
                              ---------------     ---------------
TOTALS                               645.00              645.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
    Dated: 11/19/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```